UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demontray Shadrell Bowman**  Docket No. 5:21-CR-73-1D

### Petition for Action on Supervised Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demontray Shadrell Bowman, who, upon an earlier plea of guilty to Possession With Intent to Distribute and Distribution of a Quantity of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable J. Michelle Childs, U.S. District Judge for the District of South Carolina, on December 3, 2014, to the custody of the Bureau of Prisons for a term of 55 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Demontray Shadrell Bowman was released from custody on June 15, 2018, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On February 2, 2021, a Violation Memorandum was submitted to the District of South Carolina noting a violation for new criminal conduct. While it was recommended that the defendant be continued on supervision while allowing the charge to resolve itself in state court, a formal response has not been received.

On February 12, 2021, Transfer of Jurisdiction was received by the Eastern District of North Carolina and assigned to the Honorable James C. Dever III.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 3, 2021, the defendant tested positive for marijuana. Laboratory confirmation results were received on February 8, 2021. This is the defendant's first positive test since supervision commenced. As such, it is recommended that a condition for substance abuse treatment be added in order for the defendant to be properly assessed for any underlying issues. Additionally, the defendant's testing will be increased in order to monitor his compliance. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Taylor R. O'Neil<br>Taylor R. O'Neil<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8698<br>Executed On: March 4, 2021 |

Demontray Shadrell Bowman
Docket No. 5:21-CR-73-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __4__ day of __March__, 2021, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
U.S. District Judge